■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT E. HERMAN, as State Rent Administrator, v. GIRMAC, INC., and ALL TIME REALTY, INC.— Motion for a stay granted on the conditions contained in the order to show cause, dated March 2, 1961, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on

or before March 30, 1961, with notice of argument for April 11, 1961, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.